# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D23-1051
LT Case No. 2020-DP-001419

_____

M.S.K., Father of A.K.,
A Child,

    Appellant,

    v.

B.J., and R.J.,

    Appellees.

_____

On appeal from the Circuit Court for Brevard County.
Kelly J. McKibben, Judge.

Valarie Linnen, Jacksonville, for Appellant.

No Appearance for Appellees, B.J. and R.J.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Caitlin E. Burke, Senior Attorney, of Statewide Guardian ad
Litem Office, Tallahassee, for Guardian ad Litem o/b/o A.K.


September 14, 2023

Per Curiam.

    Affirmed.

Wallis, Eisnaugle, and Soud, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____